UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-80193-CV-MIDDLEBROOKS/Reid

ALELI HERNANDEZ,

    Petitioner,

v.

STATE OF FLORIDA,

    Respondent.

_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

THIS CAUSE comes before the Court on Magistrate Judge Lisette Reid's Report (DE 12), recommending dismissal of Petitioner Aleli Hernandez's *pro se* Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (DE 1). Following a trial in state court in 2009, Petitioner was convicted in two counts of second-degree murder with a firearm and resisting an officer with violence. He filed this habeas petition after having appealed his conviction, and after filing for post-conviction relief in state court. The Report recommends dismissal of Petitioner's claims as time barred. Judge Reid issued her Report on December 1, 2020; thus, any objections to the Report were due on December 15, 2020. (DE 12). Nearly two weeks have passed since the expiration of the deadline for filing objections, and Petitioner has neither filed any, nor sought an extension of time.

Upon review of the Report and the record as a whole, I agree with Magistrate Judge Reid's conclusion that the petition in this case should be dismissed as barred by the statute of limitations. Accordingly, it is **ORDERED AND ADJUDGED** that:

  (1) Magistrate Judge Reid's Report (DE 12) is hereby **ADOPTED**.

1

(2) Aleli Hernandez's *pro se* Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (DE 1) is **DISMISSED**.

(3) No evidentiary hearing is warranted, and therefore any request for an evidentiary hearing is **DENIED**.

(4) No certificate of appealability shall issue.

(5) The Clerk of the Court is directed to **CLOSE THIS CASE and DENY** all pending motions **AS MOOT**.

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 31st day of December, 2020.

Donald M. Middlebrooks
United States District Judge

Copies to:   Counsel of Record;
Aleli Hernandez
899580-H
Madison Correctional Institution
Inmate Mail/Parcels
382 SW MCI Way
Madison, FL 32340-4430